LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMPLE KUMAR,<br><br>    Plaintiff,<br><br>    v.<br><br>Janet Napolitano, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. CV F 09 670 LJO SMS<br><br>JOINT STIPULATION RE: REMAND PURSUANT TO 8 U.S.C. § 1447(b) AND PROPOSED] ORDER |

    This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to seek de novo review of this application.  As of the time of this filing, the agency is prepared to adjudicate the application.  Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS.  8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 60 days from the date of the order of remand.  In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.

Dated: June 12, 2009

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


                By:    /s/Audrey Hemesath
                        Audrey B. Hemesath
                        Assistant U.S. Attorney
                        Attorneys for the Defendants

By: /s/ Peter Singh
Peter Singh
Attorney for the Plaintiff

## ORDER

In this action to address delay in the processing of plaintiff Jaswinder Kaur Lasher's application for adjustment of status, the parties stay these proceedings to allow the United States Citizenship and Immigration Service to adjudicate plaintiff's application within 60 days. Based on the parties' stipulation and good cause, this Court:

1. STAYS this action and REMANDS this matter to allow the United States Citizenship and Immigration Service to adjudicate plaintiff's application no later than August 17, 2009; and

2. ORDERS the parties, no later than August 17, 2009, to file: (1) papers to dismiss this action in its entirety; or (2) a joint report on the status of adjudication by the United States Citizenship and Immigration Service and whether the parties request a conference to schedule additional proceedings. This Court will close this action if the parties fail to timely file papers to dismiss this action or a status report.

IT IS SO ORDERED.

Dated:   June 15, 2009                             /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE