LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMPLE KUMAR, | No. CV F 09 670 LJO SMS |
| Plaintiff, | JOINT STIPULATION RE: DISMISSAL AND ORDER TO DISMISS |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which the parties stipulated to remand to United States Citizenship and Immigration Services for the purpose of adjudication of an application for naturalization in accordance with 8 U.S.C. § 1447(b). Pursuant to the Court's order of June 16, 2009, the parties now inform the Court that as of the date of this filing, the application has been adjudicated, and the parties stipulate to dismissal of this action.

Dated: August 11, 2009

                            LAWRENCE G. BROWN
                            Acting United States Attorney

By:   /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Defendants

By:   /s/ Peter Singh
       Peter Singh
       Attorney for the Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   August 12, 2009**                              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE